IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

        Plaintiff,          1: 06 CV 0836 AWI  WMW PC

    vs.                   ORDER RE MOTION (DOC 14)

DERRAL ADAMS, et al.,

        Defendants.

     On February 5, 2009, an order was entered, granting Plaintiff leave to file an amended complaint.  On February 12, 2009, Plaintiff filed a motion titled as a motion to withdraw his request to file an amended complaint.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to withdraw his request is granted.  This action proceeds on the April 14, 2008, first amended complaint.

 IT IS SO ORDERED.

**Dated:   March 12, 2009**           **/s/  William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE