# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHID COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:06-cv-00836 AWI-YNP (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  The Court screened Plaintiff's April 14, 2009, Second Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Adams, Divine, Martinez, Close, Suryadevara, Kyle, Nguyen, Deering, Quezada, Smith and Vierra  for violation of the Eighth Amendment as well as state law claims.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendants:

　　　　　　DERRAL ADAMS

　　　　　　M. DIVINE

---

[1] In a Findings and Recommendations issued May 6, 2009, the Court recommended that Plaintiff's Fourth Amendment and Fourteenth Amendment  claims  be dismissed.

1

|    |    |    |
|----|----|----|
| 1  |    | G. MARTINEZ |
| 2  |    | J. H. CLOSE |
| 3  |    | DR. S. SURYADEVARA |
| 4  |    | DR. KYLE |
| 5  |    | DR. NGUYEN |
| 6  |    | DR. DEERING |
| 7  |    | A. QUEZADA |
| 8  |    | SMITH, RN |
| 9  |    | VIERRA, MTA |

2. The Clerk of the Court shall send Plaintiff eleven USM-285 forms, eleven summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed April 14, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Twelve copies of the endorsed Second Amended Complaint filed April 14, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 15, 2009**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE