IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | 1: 06 CV 00836 AWI YNP (PC) |
| Plaintiff, | ORDER RE: FINDINGS & RECOMMENDATIONS (#18) |
| vs. | ORDER DISMISSING FOURTH AND FOURTEENTH AMENDMENT CLAIMS |
| DERRAL ADAMS, et al., | |
| Defendants. | ORDER REFERRING ACTION TO MAGISTRATE JUDGE |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 6, 2009, findings and recommendations were entered, recommending dismissal of Plaintiff's Fourth Amendment and Fourteenth Amendment claims. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 6, 2009, are adopted in full;

2. Plaintiff's Fourth Amendment and Fourteenth Amendment claims are dismissed;

3. This action is referred to the Magistrate Judge for further proceedings on the remaining claims.

IT IS SO ORDERED.

**Dated:   June 23, 2009**                         /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE