# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | CASE NO. 1:06-cv-00836-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 40) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

_____/

    Plaintiff Saahdi Coleman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 2, 2009, Plaintiff filed a motion requesting the Court to take judicial notice of certain facts in support of his opposition to Defendants' motion to dismiss. (Doc. #40.) Defendants' motion to dismiss was denied on August 5, 2010.  (Doc. #51.)  Accordingly, IT IS HEREBY ORDERED that Plaintiff's November 2, 2009 motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:   September 15, 2010**          **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE