# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | CASE NO. 1:06-cv-00836-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY |
| v. | AMENDED DISCOVERY AND SCHEDULING ORDER |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |
| | Dispositive Motion Deadline - 11/07/2011 |
| _____ / | (Doc. 68) |

On May 23, 2011, the Court granted Plaintiff's request to extend discovery and the Court amended the discovery and scheduling order setting the discovery cut off date to August 1, 2011, and setting the dispositive motion deadline to September 1, 2011. (Doc. 65). On August 18, 2011, Defendants filed a motion requesting an extension of the dispositive deadline in order for Defendants to obtain signatures for their declarations. Good cause having been shown, IT IS HEREBY ORDERED that:

 1. Defendants' request for a extension of the dispositive motion deadline is GRANTED; and

 2. The deadline for filing pre-trial dispositive motions shall be 10/07/2011.

IT IS SO ORDERED.

Dated:   October 6, 2011

UNITED STATES MAGISTRATE JUDGE

1