# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. QUEZADA, et al.,<br><br>　　　　Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY DEFENDANT J. H. CLOSE SHOULD NOT BE DISMISSED FOR OF ENTRY OF DEFAULT<br><br>[ECF No. 103] |

　　　Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On April 8, 2013, a waiver of service was returned as to Defendant J.H. Close. (ECF No. 103.) However, to date, no response has been filed by Defendant Close and no request for entry of default has been sought by Plaintiff. Accordingly, Plaintiff is ordered to show cause within **twenty (20)** days from the date of service of this order why Defendant Close should not be dismissed from the action for lack of prosecution.

IT IS SO ORDERED.

　Dated:　**May 21, 2014**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1