UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>A. QUEZADA, et al.,<br><br>        Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE REIMBURSMENT COSTS OF U.S. MARSHAL PERSONAL SERVICE FEES<br><br>[ECF Nos. 104, 105] |

Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 12, 2012, the Court ordered the United States Marshal to re-initiate service of process on Defendant Adrian Quezada. The Marshal was directed to attempt to secure a waiver of service before attempting personal service on the defendants. If a waiver of serve was not returned by a defendant within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effective personal service.

On April 7, 2014, the United States Marshal filed a return of service with a USM-285 form demonstrating that personal service was effectuated on Defendant A. Quezada on April 4, 2014, and on this same date, a separate request for reimbursement of costs. However, the USM-285 form did not include the total cost of the service fees for effecting personal service on A. Quezada.

Accordingly,

IT IS HEREBY ORDERED that the U.S. Marshals' request for reimbursement of the service costs is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **May 22, 2014**

_____
UNITED STATES MAGISTRATE JUDGE