UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. QUEZADA, et al.,<br><br>    Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT J. H. CLOSE<br><br>[ECF Nos. 111, 116] |

Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 25, 2014, Defendant Quezada filed an answer to the complaint.  On May 28, 2014, the Court issued the discovery and scheduling order.

On June 27, 2014, Defendant J.H. Close filed an answer to the complaint.  In light of Defendant Close's answer, the discovery and scheduling order issued May 28, 2014, is extended with equal force as to Defendant Close.

IT IS SO ORDERED.

Dated:  **July 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1