UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. QUEZADA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[ECF Nos. 108, 115] |

Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 22, 2014, the Court issued an order for Plaintiff to show cause why Defendant J.H. Close should not be dismissed for lack of prosecution. Plaintiff filed a response on June 10, 2014.

On the basis of good cause, the order to show cause issued May 22, 2014, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**July 1, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1