UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. QUEZADA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING DEFENDANT DEERING FROM ACTION<br><br>[ECF No. 109] |

　　　Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On May 22, 2014, the Magistrate Judge issued a Findings and Recommendation to dismiss Defendant Deering from the action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. (ECF No. 109.)  The Findings and Recommendation was served on the parties and contained notice that objections were to be filed in thirty days.  The thirty day time frame has expired and no objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on May 22, 2014, is adopted in full; and
2. Defendant Deering is DISMISSED from the action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   December 17, 2014

SENIOR DISTRICT JUDGE