UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. QUEZADA, et al.,<br><br>    Defendants. | Case No.: 1:06-cv-00836-AWI-SAB (PC)<br><br>ORDER GRANTING PARTIES STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>[ECF No. 124] |

    Plaintiff Saahdi Coleman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Pursuant to the parties' stipulation for voluntary dismissal with prejudice filed January 30, 2015. IT IS HEREBY ORDERED that this action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   February 3, 2015                                                 
                                                            SENIOR  DISTRICT  JUDGE